JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RONNIE LIONEL HARRIS, | Case No. CV 17-03036-PSG (DFM) |
| Petitioner, | |
| v. | JUDGMENT |
| DAVID SHINN, | |
| Respondent. | |

Under the Court's Order of Dismissal,

IT IS ADJUDGED that that the petition is denied and this action is dismissed.

Dated: _7/13/17_

_____
PHILIP S. GUTIERREZ
United States District Judge